IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUMORED INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 26-cv-1721<br><br>(Chief Judge Bissoon) |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Rumored Inc. ("Rumored") hereby responds to the Court's August 25, 2026, Order to Show Cause. (ECF No. 14.) Rumored and its counsel understand that the Court has instructed that only materials that identify the defendants be filed under seal, namely the Schedule A and the evidence for each defendant (the "Composite Exhibit"). Rumored and its counsel have no objection to doing so in the present case, the other pending cases referenced in the Order, and any future cases.

Rumored will be re-filing the currently sealed documents so that only the Schedule A and the Composite Exhibit will be under seal. Counsel for Rumored has spoken with the Clerk's Office, who advises the public documents should be filed first, and then the sealed documents should be filed using the SEALED EXHIBIT docket event and should be linked back to the to the appropriate public document. Rumored highlights for the Court that the proposed temporary restraining order will no longer include the Schedule A, rather the Schedule A will be docketed as a sealed exhibit. Rumored understands the Court will advise Rumored if the Court would like

Rumored to take any further action with respect to the documents that it previously filed under seal.

Respectfully submitted,

Dated: August 28, 2026

/s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff